THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID AMESSE, Appellant.—

Edward J. Filipowicz, Esq., 226 Union Street, Poughkeepsie, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.